IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BARBARA LEVINE, A/N/F JOE BAILEY, DECEASED § § § *Plaintiff*, § § v. § § DIAMOND OFFSHORE § DRILLING, INC. § § *Defendant*. § | CIVIL ACTION NO. 4:16-cv-00883 |

## AGREED ORDER OF DISMISSAL

The Court has been informed that there are no further matters requiring the Court's attention and that the parties are jointly requesting dismissal of this civil action. The Court hereby orders that the instant action be dismissed with prejudice. The parties shall bear their own costs.

SIGNED this ___ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:

| | |
|---|---|
| */s/ Jana S. Baker* | */s/ William S. Hommel, Jr.* |
| Jana S. Baker | William S. Hommel, Jr. |
| Attorney-in-Charge | State Bar No. 09934250 |
| State Bar No. 00794610 | Hommel Law Firm |
| SDTX Bar No. 275342 | 1404 Rice Road, Suite 200 |
| OGLETREE, DEAKINS, NASH | Tyler, Texas 75703 |
|   SMOAK & STEWART, P.C | (903) 596-7100 |
| 8117 Preston Road, Suite 500 | (469) 533-1618 Fax |
| Dallas, Texas 75225 | bhommel@hommelfirm.com |
| (214) 987-3800 | |
| (214) 987-3927 (Fax) | ATTORNEY FOR PLAINTIFF |
| jana.baker@ogletreedeakins.com | |

Jamie E. Brod
State Bar No. 24087211
SDTX Bar No. 2656752
OGLETREE, DEAKINS, NASH
SMOAK &STEWART, P.C
8117 Preston Road, Suite 500
Dallas, Texas 75225
(214) 624-1160
(214) 987-3927 (Fax)
jamie.brod@ogletreedeakins.com

ATTORNEY-IN CHARGE FOR
DEFENDANT DIAMOND OFFSHORE
MANAGEMENT COMPANY
incorrectly named as
DIAMOND OFFSHORE DRILLING, INC.