IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARBARA LEVINE, A/N/F JOE BAILEY, DECEASED | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:16-cv-00883 |
| DIAMOND OFFSHORE DRILLING, INC. | § § § § | |
| *Defendant.* | § | |

## AGREED ORDER OF DISMISSAL

The Court has been informed that there are no further matters requiring the Court's attention and that the parties are jointly requesting dismissal of this civil action. The Court hereby orders that the instant action be dismissed with prejudice. The parties shall bear their own costs.

SIGNED this 12th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE